In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-393 CV


 ______________________



SCOTT PARKER, Appellant 



V.



DONNA PARKER, Appellee


 




On Appeal from the 317th District Court


Jefferson County, Texas


Trial Court No. C-187,924-A, Consolidated with No. E-176,594






MEMORANDUM OPINION


 The appellant, Scott Parker, and the appellee, Donna Parker, filed a joint motion to
abate the appeal for settlement. On October 9, 2008, we abated the appeal and permitted 
further proceedings in the trial court to effectuate the parties' settlement agreement. On
October 23, 2008, the parties filed a joint motion to dismiss the appeal. The appeal is
dismissed in accordance with the joint motion of the parties. Tex. R. App. P. 42.1(a)(2). 
Each party shall bear its own costs.

 APPEAL DISMISSED.

 _________________________________

 DAVID GAULTNEY

 Justice 


Opinion Delivered November 6, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ